UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
  :                                                        19 Cr. 904 (RA)
UNITED STATES OF AMERICA,  :
  :                                                        ORDER
-v-  :
  :
  :
MALIK JENNINGS  :
  :
         Defendant.  :
  :
-------------------------------------------------- X

RONNIE ABRAMS, District Judge:

In light of Malik Jenning's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to November 12, 2021.

Dated:    May 13, 2020
          New York, New York

_____
RONNIE ABRAMS
United States District Judge