**LAW OFFICES OF JAMES R. DEVITA, PLLC**
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

July 7, 2020

> Application granted. Mr. Jennings is permitted to travel to Florida from August 14, 2020 to August 16, 2020. Mr. Jennings' bail conditions are modified to include mental health treatment approved by his Pretrial Services Officer.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> July 8, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Tiquan Reese and Malik Jennings*, 19 Cr. 904(RA)

Dear Judge Abrams:

I represent defendant Malik Jennings in the above referenced action. As Your Honor may recall, Mr. Jennings was accepted to, and is participating in, the Young Adult Opportunity Program. He would like to visit family in Ft. Lauderdale, Florida for the weekend of August 14, 2020 through August 16, 2020. I am therefore writing to request that his bail limits be amended to permit that travel. In addition, Mr. Jennings would like to participate in mental health counseling under the auspices of Pretrial Services. I understand from Pretrial Services Bolin that this would require that his bail terms be amended to include a requirement of mental health counselling, as directed by Pretrial Services. I respectfully request that Your Honor amend the terms of Mr. Jennings' bail accordingly. I have discussed both requests with Ms. Bolin and she has no objection.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   Danielle M. Kudra, Esq., Assistant United States Attorney (Via ECF)
      Ariel Charlotte Werner, Esq. (Via ECF)
      Rena Bolin, United States Pretrial Services Officer (by email)