**LAW OFFICES OF JAMES R. DEVITA, PLLC**
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

December 3, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

A conference is scheduled for December 10, 2020 at 11:00 a.m. and will be held by video conference. The Court will request that the CJA duty attorney be present.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 4, 2020

Re: *United States v. Malik Jennings*, 19 Cr. 904(RA)

Dear Judge Abrams:

I am counsel assigned under the Criminal Justice Act to represent defendant Malik Jennings in the above referenced action. As Your Honor may recall, Mr. Jennings was accepted to, and is participating in, the Young Adult Opportunity Program ("YAOP"). I will be retiring at the end of December of this year, and thus resigning from the CJA Panel. I am writing to request that I be relieved as Mr. Jennings's counsel and that new counsel be assigned to represent him. I understand he is doing well in the YAOP, and I am very optimistic that he will complete it successfully. Nevertheless, he will need representation to resolve this case after he completes the YOAP. I have advised Mr. Jennings that I would be making this application.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:  Danielle M. Kudra, Esq., Assistant United States Attorney (Via ECF)
     Ariel Charlotte Werner, Esq. (Via ECF)
     Rena Bolin, United States Pretrial Services Officer (by email)