**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                                   :
UNITED STATES OF AMERICA             :
                                                   :
     -against-                      :        **<u>ORDER</u>**
                                                 :
                                                 :
                                               :
                                               :        Docket #
------------------------------------------x

_____, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                                      Attorney's Name

                                                    **SO ORDERED.**

                                                   **UNITED STATES DISTRICT JUDGE**

**Dated:**   **New York, New York**
            December 9, 2020