LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899　　　　　　　　　　　　　　　　　　　　　　　FAX (212) 964-2926

February 15, 2022

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
via ECF

Application granted.

SO ORDERED.

_/s/ RA_
Ronnie Abrams, U.S.D.J.
February 15, 2022

**Re: United States v. Malik Jennings**,
19 Cr. 904(RA)

Your Honor:

Malik Jennings' case was terminated via nolle prosequi on July 19, 2021.

I write to request that the Court direct pretrial to release Malik Jennings' passport so that he may retrieve it.

Respectfully,

*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. RONNIE ABRAMS